UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 167 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JASON DYSERT, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Jason Dysert, which was referred to the Magistrate Judge with the consent of the parties.

    On April 13, 2022 the government filed a 2 count Indictment, charging Defendant Dysert with Possession with intent to Distribute Methamphetamine, in violation of Title 21 § 841(a)(1) and (b)(1)(B), and Felon in Possession of a Firearm , in violation of Title 18 § 922(g)(1) and 924(a)(2).

    On April 19, 2022 Magistrate Judge Parker held an arraignment, during which Mr. Dysert entered a plea of not guilty to the charges. On November 17, 2022 Magistrate Judge Parker received Defendant's plea of guilty to counts 1 and 2 of the Indictment, without a plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

    On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Dysert is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jason Dysert is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Titles 21 § 841(a)(1) and (b)(1)(B), and Title 18 §§ 922(g)(1) and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on March 7, 2023 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 5, 2022